United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 13, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 04-20530
Summary Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARTURO CANTU-RIVERA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
No. 4:89-CR-204-3
--------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Arturo Cantu-Rivera, now federal prisoner # 49017-079, ap-
peals an order denying his motion under 18 U.S.C. § 3572(d)(3) for
remission or modification of the $1,000,000 fine imposed when he
was sentenced. The criminal judgment is final. Because the
criminal judgment did not call for payment of the fine in install-

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited circum-
stances set forth in 5TH CIR. R. 47.5.4.

ments, 18 U.S.C. § 3572(d)(3) is not applicable.  The order, accordingly, is AFFIRMED.